# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### NO: 5:05CR9

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** <br> Plaintiff | ) ) ) | |
| vs. | ) ) | **ORDER** |
| **CORTNEY SIRRON PFIFER,** <br> Defendant. | ) ) ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Conduct Inquiry of Defendant Regarding Defense Counsel's Conflict of Interest ..." (Document No. 276), filed August 1, 2005 by the United States with respect to Cortney Sirron Pfifer. In the Motion, the United States asks the Court to conduct a hearing prior to the commencement of trial and/or change of plea in order to assure that Mr. Pfifer is aware of allegations against his attorney of record, Kenneth Darty, and his right to representation by conflict-free counsel. **Because the Court has already scheduled an inquiry into the status of counsel for August 11, 2005 at 9:30 A.M. in front of the Honorable Carl Horn, III, the undersigned will deny the Motion as moot.**

**IT IS, THEREFORE, ORDERED** that the "Motion to Conduct Inquiry of Defendant Regarding Defense Counsel's Conflict of Interest ..." (Document No. 276) is hereby **DENIED AS MOOT**.

**Signed: August 8, 2005**

David C. Keesler
United States Magistrate Judge